ACCEPTED
01-15-00843-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 4:31:32 PM
CHRISTOPHER PRINE
CLERK

# NO. 01-15-00843-CV

**IN THE FIRST COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 4:31:32 PM
CHRISTOPHER A. PRINE
Clerk

**KINDRED HEALTHCARE, INC.
AND
TRIUMPH HOSPITAL OF EAST HOUSTON, L.P.
D/B/A KINDRED HOSPITAL OF CLEAR LAKE,**

*Appellants*

**V.**

**CRISTOBAL MORALES**

*Appellee*

Appeal from Cause No. 2014-40158
189th District Court of Harris County, Texas

**KINDRED HEALTHCARE, INC. AND
TRIUMPH HOSPITAL OF EAST HOUSTON, L.P.
D/B/A KINDRED HOSPITAL OF CLEAR LAKE'S
NOTICE OF APPEARANCE
AND DESIGNATION OF LEAD APPELLATE COUNSEL**

Levon G. Hovnatanian
Texas Bar No. 10059825
*hovnatanian@mdjwlaw.com*
Raymond M. Kutch
Texas Bar No. 24072195
*kutch@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

**TO THE HONORABLE COURT OF APPEALS:**

Come now the appellants, Kindred Healthcare, Inc. and Triumph Hospital of East Houston, L.P. d/b/a Kindred Hospital of Clear Lake (collectively, "Kindred"), and file this Notice of Appearance and Designation of Lead Appellate Counsel. Kindred hereby designates the following individual as its lead appellate counsel:

Levon G. Hovnatanian

*hovnatanian@mdjwlaw.com*
State Bar No. 10050925
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700—Telephone
(713) 222-0101—Facsimile

Raymond M. Kutch, whose State Bar number and contact information appear in the signature block below, also represents Kindred in this interlocutory appeal. Kindred's trial court counsel, Charles C. Brennig III and Richard M. Schreiber, whose State Bar numbers and contact information appear in the signature block below, also represent Kindred in this appeal.

Kindred respectfully asks the Court to accept this Notice of Appearance and Designation of Lead Appellate Counsel and consider Mr. Hovnatanian as its lead appellate counsel.

1

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: */s/Levon G. Hovnatanian*
    Levon G. Hovnatanian
    State Bar No. 10059825
    *hovnatanian@mdjwlaw.com*
    Raymond M. Kutch
    State Bar No. 24072195
    *kutch@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

BRENNIG & ASSOCIATES, P.C.

By: */s/Charles C. Brennig III*
    Charles C. Brennig III
    State Bar No. 00783719
    *cbrennig@brenniglaw.com*
    Richard M. Schreiber
    State Bar No. 24056278
    *rschreiber@brenniglaw.com*
1700 Post Oak Blvd.
2 BLVD Place, Suite 600
Houston, Texas 77056
(713) 622-5900 – Telephone
(713) 622-5910 – Facsimile

ATTORNEYS FOR APPELLANTS KINDRED HEALTHCARE, INC. AND TRIUMPH HOSPITAL OF EAST HOUSTON, L.P. D/B/A KINDRED HOSPITAL OF CLEAR LAKE

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this notice of appearance and designation of lead appellate counsel has been forwarded by the methods indicated to the individual(s) listed below on this 16th day of November, 2015.

Sean O'Rourke
SIMON-O'ROURKE, P.C.
11550 Fuqua, Suite 200
Houston, Texas 77034
(281) 667-4081 – Telephone
(281) 823-7482 – Facsimile
*www.txattorneys.com*
*(via e-File and e-Mail)*

Anthony Buzbee
THE BUZBEE LAW FIRM
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
(713) 223-5393 – Telephone
(713) 223-5909 – Facsimile
*www.txattorneys.com*
*(via e-File and e-Mail)*

Martin J. Siegel
LAW OFFICE OF MARTIN J. SIEGEL, P.C.
700 Louisiana Street, Suite 2300
Houston, Texas 77002
(281) 772-4568 – Telephone
*Martin@Siegelfirm.com*
*(via e-File and e-Mail)*

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated notice of appearance and designation of lead appellate counsel for appellee Kindred Health Care, Inc. contains 158 words.

*/s/Levon G. Hovnatanian*
Levon G. Hovnatanian
November 16, 2015